## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re

Charles Newsom Sr. , xxx–xx–6145
Debtor*

Bankruptcy Case No.  09–24242
Chapter  7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been fully administered.

**IT IS ORDERED THAT:**

☑ Edward L. Montedonico  is discharged as trustee of the estate of the above–named debtor and the bond is cancelled.

☑ the chapter 7 case of the above named debtor is closed; and

☐ other provisions as needed

cc:  Trustee:  Edward L. Montedonico
     Attorney:  B. David Sweeney

Date:   November 25, 2009

_David S. Kennedy, Chief Bankruptcy Judge_
**United States Bankruptcy Judge**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

**[fd7]** [Final Decree – 02/10/2002]